THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16688
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Telephone: (801) 997-0442
Email: james@UtahADALaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Trevor Kelley, | Case No.: 2:18-cv-00694-JNP-BCW |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| A and A Hospitality *d.b.a.* La Quinta Inn & Suites of Orem, | Assigned to Honorable Jill N. Parrish Referred to Magistrate Judge Brooke C. Wells |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff, Trevor Kelley, hereby voluntarily dismisses this Action with prejudice.

**RESPECTFULLY** submitted on this 28th day of November 2018.

/s/ *James K. Ord, III*
JAMES K. ORD, III, ESQ.
P.O. Box 16688
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Telephone: (801) 997-0442
Email: james@utahADAlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of November 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to be served upon all e-filing counsel of record:

Robert B. Cummings
THE SALT LAKE LAWYERS
10 E EXCHANGE PL STE 622
SALT LAKE CITY, UT 84111
(801)590-7555
Email: robert@thesaltlakelawyers.com
*Attorney for Defendant*

*/s/ Lisa Deaver\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*